# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/9/2022__

March 8, 2022

## MEMO ENDORSED

By ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

> The status conference is adjourned to March 23, 2022 at 11:30 am.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  __3/9/2022__
> New York, New York

Re:   United States v. Thayshika Torres
      18 Cr. 395 (ER)

Dear Judge Ramos:

    I write respectfully on behalf of defendant Thayshika Torres, to request a one-week adjournment of the status conference currently scheduled for Wednesday, March 16, 2022. Both counsel for the government and the Department of Probation have indicated they do not object to this request. Accordingly, based on my previous communications with Chambers regarding available dates, I request that this matter be rescheduled to Wednesday, March 23, 2022 at 11:30am.

    Respectfully submitted,

    */s/ Hannah McCrea*
    Hannah McCrea
    Assistant Federal Defender
    646.574.0351

cc:   Stephanie Lake, Assistant U.S. Attorney
      Probation Officer Hildery Huffman