**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

# MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 9, 2022

| |
|---|
| The status conference is adjourned to December 15, 2022 at 11 a.m. <br> SO ORDERED. <br> _____ <br> Edgardo Ramos, U.S.D.J <br> Dated: __11/10/2022__ <br> New York, New York |

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Thayshika Torres**
      **18 Cr. 395 (ER)**

Dear Judge Ramos:

On behalf of Ms. Torres, I write to respectfully request a 30-day adjournment of the status conference currently scheduled in this matter for November 16, 2022.

Ms. Torres entered an inpatient rehab program on November 4, 2022 and is scheduled to remain there for 28 days. She will therefore still be in the program during her next court appearance, scheduled for November 16, 2022. Accordingly, the parties are requesting a 30-day adjournment of the hearing to allow Ms. Torres to complete inpatient treatment.

Counsel for the Government informs me the Government consents to this request.

Respectfully Submitted,

/s/_____
Hannah McCrea.
Assistant Federal Defenders
(646) 574-0351

CC:   AUSA Amanda Weingarten
      USPO Hildery Huffman