# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

## MEMO ENDORSED

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 13, 2024

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The February 20 conference is adjourned to February 27, 2024, at 10:30 a.m.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 2/14/2024
> New York, New York

**RE:   United States v. Thayshika Torres, 18 Cr. 395 (ER)**

Dear Judge Ramos:

On behalf of Ms. Torres, I write to respectfully request that the Court adjourn the conference currently scheduled in this matter from February 20, 2024 to **February 27, 2024 at 10:30am**. I request this adjournment because I have a conflicting hearing on February 20, 2024.[1]  The parties consent to the adjournment and are available on February 27, 2024 at 10:30am. I understand the Court is also available at that date and time.

Respectfully,

/s/
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA Amanda Weingarten
       USPO Hildery Huffman

---

[1] The Court previously adjourned the conference to this date from February 13, 2024, I believe due to extreme weather forecast for New York City on that date.